IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRANDON CASSELLI, | * |
| Plaintiff, | * |
| v. | * |
| | *   CV 122-080 |
| 3 PRINCIPLES INTEGRATED #29617, LLC d/b/a MCDONALD'S, | * |
| Defendant. | * |

ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 11.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in the above-captioned suit. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this _7th_ day of November, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA